IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC., | ) | Case No. 05-12656 (KG) |
| et al., | ) | |
| | ) | |
| Debtors | ) | Jointly Administered |

**APPELLANTS GUNGOR M. SOLMAZ AND DIANA M. SOLMAZ'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO RULE 8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Appellants, Gungor M. Solmaz and Diana M. Solmaz (together, the "Claimants"), by and through their undersigned counsel, submit the following Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal in connection with their appeal of the May 16, 2007 Order regarding the Debtors' Supplemental Objection to the Claim of Gungor M. Solmaz and Diana M. Solmaz [Docket No. 2502]:

**I.   Statement Of Issues On Appeal**

1.   Did the Bankruptcy Court err in limiting, pursuant to 11 U.S.C. § 502(b)(6) the Claimants' claim for maintenance and repair obligations?

**II.   Designation Of Items To Be Included On Appeal**

1.   Claim No. 646 and all documents attached thereto.

2.   Debtors' Third Omnibus Objection (Substantive) to Claims Pursuant to Sections 105 and 502(b) of the Bankruptcy Code and Rules 3001, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure [Docket No. 782], and the exhibits attached thereto.

3. Response of Gungor M. Solmaz and Diana M. Solmaz to Debtor's Third Omnibus Objection (Substantive) to Claims Pursuant to Sections 105 and 502(b) of the Bankruptcy Code and Rules 3001, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure [Docket No. 2060], and the exhibit attached thereto.

4. Debtors' Supplemental Objection to the Claim of Gungor M. Solmaz and Diana M. Solmaz [Docket No. 2180].

5. Reply of Gungor M. Solmaz and Diana M. Solmaz to Debtors' Supplemental Objection to the Claim of Gungor M. Solmaz and Diana M. Solmaz [Docket No. 2227].

6. Debtors' Sur-Reply to the Reply of Gungor M. Solmaz and Diana M. Solmaz to Debtors' Supplemental Objection to the Claim of Gungor M. Solmaz and Diana M. Solmaz [Docket No. 2239].

7. Memorandum Opinion and Order, dated May 16, 2007 [Docket Nos. 2501 and 2502].

May 31, 2007

                            ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Michael G. Busenkell, Esquire (No. 3933)
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
(302) 425-0430
Attorney for Gungor M. Solmaz and
Diana M. Solmaz

U0006825