IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: FOAMEX
INTERNATIONAL, INC., et al.

| | | |
|---|---|---|
| GUNGOR M. SOLMAZ, et al., | ) | Civil Action No. 07-364 |
| Appellants | ) | |
| v. | ) | |
| FOAMEX INTERNATIONAL, INC., et al., | ) | Bankruptcy Case No. 05-121685<br>AP 07-65 |
| Appellees | ) | |

### JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

Come now the Appellants, Gungor M. Solmaz and Diana M. Solmaz, and the Appellees, Foamex International, Inc., et al., by and through their respective counsel, and hereby move for an extension of the briefing deadline in this appeal. In support thereof, the parties respectfully state as follows:

Appellants' opening brief is currently due on July 8, 2007, Appellees' answering brief is currently due on August 7, 2007, Appellants' reply brief is currently due on August 22, 2007.

As grounds for their Motion, the parties state that they have reached a settlement of the issues raised by the appeal which settlement is subject to approval by the Bankruptcy Court.

Accordingly, the parties request that the deadline for filing Appellants' opening brief be extended to September 7, 2007, the deadline for filing Appellees' answering brief be extended to October 8, 2007, and the deadline for filing Appellants' reply brief be extended to October 23, 2007.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| *[signature]* | *[signature]* |
| Pauline K. Morgan (No. 3650)<br>Joseph M. Barry (No. 4221)<br>Kenneth J. Enos (No. 4544)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6705 | Michael G. Busenkell, Esquire (No. 3933)<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801<br>(302) 425-0430 |
| Attorneys for Appellees, Foamex International, Inc., et al., | Attorney for Appellants, Gungor M. Solmaz and Diana M. Solmaz |

*U0007744*

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on July 11, 2007, I caused copies of the foregoing Joint Motion For Extension Of Briefing Deadlines to be served by hand on:

Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Michael G. Busenkell (No. 3933)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: FOAMEX
INTERNATIONAL, INC., et al.

| | |
|---|---|
| GUNGOR M. SOLMAZ, et al., ) | Civil Action No. 07-364 |
| ) | |
| Appellants ) | |
| ) | |
| v. ) | |
| ) | |
| FOAMEX INTERNATIONAL, ) | Bankruptcy Case No. 05-121685 |
| INC., et al., ) | AP 07-65 |
| ) | |
| Appellees ) | |

### AGREED ORDER FOR EXTENSION OF BRIEFING SCHEDULE

The court, having reviewed the Joint Motion For Extension Of Briefing Deadlines, having heard no objection to same, and being otherwise sufficiently advised, hereby ORDERS that the briefing deadlines are extended as follow: Appellant's opening brief will be due on September 7, 2007 Appellee's answering brief shall be due on October 8, 2007, and Appellant's reply brief shall be due on October 23, 2007.

Dated: _____

_____
J.