UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC. | ) | Case No. 05-12685 (KG) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| GUNGOR M. SOLMAZ, et al., | ) | Civil Action No. 07-364 |
| | ) | |
| Appellants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FOAMEX INTERNATIONAL, INC., et al., | ) | Bankruptcy Case No. 05-121685 |
| | ) | AP 07-65 |
| Appellees | ) | |

**AGREEMENT AND REQUEST TO DISMISS**
**APPEAL PURSUANT TO FED.R.BANKR.P. 8001(c)(2)**

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the undersigned parties hereby agree to dismiss the above-captioned appeal and respectfully request that the Court enter the proposed order, attached hereto as <u>Exhibit A</u>, dismissing this appeal. The parties further agree that each of the parties shall bear its own costs and attorneys' fees incurred in this appeal.

YOUNG CONAWAY STARGATT &
TAYLOR LLP

_/s/_____
Pauline K. Morgan (No. 3650)
Joseph M. Barry (No. 4221)
Kenneth J. Enos (No. 4544)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6705

Attorneys for Appellees,
Foamex International, Inc., et al.,

ECKERT SEAMANS CHERIN & MELLOTT,
LLC

_/s/_____
Michael G. Busenkell, Esquire (No. 3933)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430

Attorney for Appellants, Gungor M. Solmaz
and Diana M. Solmaz

# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC. | ) | Case No. 05-12685 (KG) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| GUNGOR M. SOLMAZ, et al., | ) | Civil Action No. 07-364 |
| | ) | |
| Appellants | ) | |
| v. | ) | |
| FOAMEX INTERNATIONAL, INC., et al., | ) | Bankruptcy Case No. 05-121685 |
| | ) | AP 07-65 |
| Appellees | ) | |

## ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

_____, 2007      _____
                                        United States District Judge