UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL, INC. | ) | Case No. 05-12685 (KG) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| GUNGOR M. SOLMAZ, et al., | ) | Civil Action No. 07-364 |
| Appellants | ) | |
| v. | ) | |
| FOAMEX INTERNATIONAL, INC., et al., | ) | Bankruptcy Case No. 05-121685 |
| | ) | AP 07-65 |
| Appellees | ) | |

## ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

August 2, 2007

_____
United States District Judge

DB02:6134780.1    064397.1001